# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MARCEL DEJOHN TATE**                                                          **PLAINTIFF**

**VS.**                                    **4:18-CV-00840-BRW**

**DOC HOLLADAY, Sheriff,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 29th day of October, 2019.


                                               Billy Roy Wilson_____
                                               UNITED STATES DISTRICT JUDGE

---

[1]     28 U.S.C. § 1915(a)(3).